AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE WHITE, 2024, MITSUBISHI, MIRAGE, G4 LE,<br>BEARING VIN NUMBER ML32FUFJ2RHF05380, AND<br>PUERTO RICO LICENSE PLATE KII-661 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  26-241 (M) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ --- _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated as reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated as reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 9, 2026 _____ *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      March 26, 2026 at 9:18 a.m. _____

_____ *Judge's signature*

City and state:      San Juan, Puerto Rico _____

Hon. Hector Ramos Vega, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev  11/13) Search and Seizure Warrant (Page 2)

<table>
<tr><td colspan="3" align="center"><b>Return</b></td></tr>
<tr><td>Case No.:<br>26- 241 (M)</td><td>Date and time warrant executed:<br>03/27/2024    11:55 AM</td><td>Copy of warrant and inventory left with:</td></tr>
<tr><td colspan="3">Inventory made in the presence of : <i>Postal Inspector Armando Rivera , TL Jean Michael Bodner</i></td></tr>
<tr><td colspan="3">Inventory of the property taken and name of any person(s) seized:<br><br>See attached inventory form</td></tr>
</table>

<b>Certification</b>

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/01/2024

_____
*Executing officer's signature*

Armando G. Rivera, USPIS Postal Inspector
_____
*Printed name and title*



**UNITED STATES POSTAL INSPECTION SERVICE**
**INVENTORY FORM**

Subject Name: _____    Date: 03/27/2026

Subject Address: _____

Location Description(s): White 2024 Mitsubishi Mirage G4 LE  VIN# ML32FUFJ2RHF05380, License Plate K11-661

Inspector(s): Armando Rivera , Jean Michael Bodner          Case No. 4627043 - R0BB

| QUANTITY | DESCRIPTION OF ITEMS | PEAP LABEL (If applicable) |
|---|---|---|
| 2 | Two smart Key fobs pertaining to 2024 Mitsubishi Mirage G4 LE. License Plate K11-661 | IS0002072654 |
| 1 | Red Milwaukee brand utility folding Knife | IS0002072690 |
| 1 | Black and Yellow utility folding Knife | IS000 2072690 |
| 1 | Red multi-tool pocket Knife | IS000 2072690 |
| 1 | Gerber brand folding Knife, stainless steel, like silver in color | IS000 2072690 |
| 1 | Large sized green t-shirt with imprint on front of t-shirt | IS0002072691 |
| 1 | Small sized grey American Eagle brand sweatpants | IS0002072692 |
| 1 | Medium sized grey Russell Corp. brand sweatpants. | IS0002072693 |
| 1 | Medium sized grey Victoria sport brand sweatpants | IS000 2072694 |
| 1 | Medium sized grey short, 32 degrees Cool brand | IS000 2072695 |
| 1 | Large sized short, Street Line USA brand, grey with orange stripes in color | IS0002072696 |
| 1 | Selfie stick, Kjstar brand, Model 207-7 | IS 000 2072697 |
| 1 | Knife, Chicago Cutlery brand, Knife handle black in color | IS 000 2072702 |
| 1 | Black mask with neon yellow decorations | IS 000 207 2703 |
| 1 | SKy Devices D65 smartphone, green in color, with transparent brown like phone cover. | IS 000 2072704 |
| 1 | Plastic vial containing undetermined amount of white powdery substance which field tested positive to cocaine | IS 000 207 2705 |

DISTRIBUTION OF COPIES: White – Judge/Court (Return with Warrant)
Yellow – Inspector (Attach to Case Management)
Pink – Subject or Location Searched

Page 1 of 1

IS Form 8164
UPDATED 03.10.2022
All previous versions of this form are obsolete